UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 06 2017 ★

LONG ISLAND OFFICE

| | |
|---|---|
| MARIE NAPOLI, ESQ.<br><br>Plaintiff,<br><br>v.<br><br>NEW YORK POST, NEWS CORP. (a/k/a NEWS CORPORATION), JESSE ANGELO and RUPERT MURDOCH,<br><br>Defendants. | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**<br><br>Civil Case No.: 2:17-CV-05622-JMA-ARL |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Marie Napoli and or her counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against the defendant(s) NEW YORK POST, NEWS CORP. (a/k/a NEWS CORPORATION), JESSE ANGELO and RUPERT MURDOCH.

Date:   October 5, 2017

Respectfully Submitted,

/s/ Salvatore C. Badala
Salvatore C. Badala (SB2053)
NAPOLI SHKOLNIK PLLC
400 Broad Hollow Road, Ste. 305
Melville, NY 11747
Email: SBadala@napolilaw.com
Tele: (212) 397-1000

*Attorneys for Plaintiff*

Case closed.
So Ordered.

s/ Joan M. Azrack

October 6, 2017